FILED

MAY 16 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY EDWARD DIXON,

    Petitioner,

    v.

TOM CAREY,

    Respondent.

No. C 06-1146 MHP (pr)

**ORDER OF DISMISSAL**

This action was opened in error. The petition filed on February 16, 2006, to commence this action appears to have been intended to be the amended petition in Dixon v. Carey, Case No. C 05-2626 MHP (pr), in which petitioner had been ordered to file an amended petition. This erroneously commenced action is now DISMISSED. Petitioner shall file no further documents in this action and shall file any documents concerning his habeas action in Case No. C 05-2626 MHP (pr). The clerk will put a copy of the petition filed on February 16, 2006, into the file for Case No. C 05-2626 MHP and docket it as an amended petition.

The in forma pauperis application is DENIED as unnecessary. (Docket # 3.) No filing fee is due. The clerk shall close the file.

IT IS SO ORDERED.

DATED: May 15, 2006

Marilyn Hall Patel
United States District Judge